DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHAN M. HAMIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3157

[May 12, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502009CF009753AXXX.

Todd G. Scher of Law Office of Todd G. Scher, P.L., Hollywood, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***